# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REUBIN E. LACAZE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF OKLAHOMA )<br>CITY et al., )<br>)<br>Defendants. ) | Case No. CIV-20-1281-G |

## ORDER

Now before the Court is Defendants' Unopposed Motion to Strike (Doc. No. 152), requesting that the Court strike the July 2024 trial date and all remaining pretrial deadlines pending final resolution of Defendant Wade Gourley's qualified immunity defense on appeal. Defendants represent that the Motion is unopposed. *See* Defs.' Mot. (Doc. No. 152) at 3.

For good cause shown, the Unopposed Motion (Doc. No. 152) is GRANTED. This matter is hereby STRICKEN from the Court's July 2024 trial docket and the case is STAYED until further order of the Court. The remaining pretrial deadlines, docket call, and trial setting will be scheduled as necessary upon resolution of Defendant Gourley's appeal.

Further, the Court has received notice that Plaintiff Reubin E. Lacaze Jr.'s attorney, Barrett T. Bowers, has died. Plaintiff is directed to obtain new counsel within 60 days of the date of this Order. Mr. Bowers' law firm is directed to notify Plaintiff of this Order and its requirements.

IT IS SO ORDERED this 9th day of May, 2024.

CHARLES B. GOODWIN
United States District Judge